**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PINK LOTUS ENTERTAINMENT, LLC, | ) | |
| | ) | CASE NO.: 1:11-cv-03048 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Joan H. Lefkow |
| v. | ) | |
| | ) | Magistrate: Hon. Susan E. Cox |
| DOES 1 – 20 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses

with prejudice all causes of action in the complaint against the Doe Defendants associated with

the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. The Doe

Defendants associated with this Dismissal are Does 1-2. The respective Does have filed neither

an answer to the complaint nor a motion for summary judgment with respect to the same.

Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-2 have

been dismissed from this action.

[intentionally left blank]

-2-

Respectfully submitted,

PINK LOTUS ENTERTAINMENT, LLC

**DATED:** August 10, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St., Suite 4700,
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

-3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 10, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


s/ John Steele
JOHN STEELE