# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Pink Lotus Entertainment, LLC

                                    Plaintiff,

v.                                                                      Case No.: 1:11−cv−03048
                                                                       Honorable Joan H. Lefkow

Does 1−20, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2011:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 11/17/2011 and continued to 12/20/2011 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.