**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT, LLC, ) | |
| ) | CASE NO.: 1:11-cv-03048 |
| Plaintiff, ) | |
| ) | Judge: Hon. Joan H. Lefkow |
| v. ) | |
| ) | Magistrate: Hon. Susan E. Cox |
| DOES 1 – 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that, effective November 28, 2011, John Steele of Steele Hansmeier PLLC withdraws as attorney of record for plaintiff Pink Lotus Entertainment, LLC. Paul Duffy of Prenda Law Inc. hereby substitutes as attorney of record for plaintiff Pink Lotus Entertainment, LLC. You are requested to serve all future papers upon attorney Paul Duffy of Prenda Law Inc. at the following business address set forth below:

    Paul Duffy
    Prenda Law Inc.
    161 N. Clark St., Suite 3200
    Chicago, IL 60601
    Telephone: (312) 880-9160
    Facsimile: (312) 893-5677
    E-mail: paduffy@wefightpiracy.com

[intentionally left blank]

          Respectfully submitted,

          PINK LOTUS ENTERTAINMENT, LLC

DATED: November 28, 2011

          By:    /s/ John Steele
                   John Steele (Bar No. 6292158)
                   Steele Hansmeier PLLC
                   161 N. Clark St., Suite 3200
                   Chicago, IL 60601
                   Telephone: (312) 880-9160
                   Facsimile: (312) 893-5677
                   jlsteele@wefightpiracy.com
                   *Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 28, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                   /s/ John Steele
                                   JOHN STEELE